IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STATE OF NEW YORK,** *et al*, ) | |
| ) | |
| **Plaintiffs,** ) | **Civil Action No. 20-cv-1689 (GHW)** |
| ) | |
| **vs.** ) | |
| ) | |
| **EUGENE SCALIA,** *et al*, ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 24, Proposed Intervenors International Franchise Association, the Chamber of Commerce of the United States of America, HR Policy Association, National Retail Federation, Associated Builders and Contractors, and American Lodging and Hotel Association (collectively, "Proposed Intervenors") move this Court for an Order permitting Proposed Intervenors to intervene as Co-Defendants in the above-captioned lawsuit.

In support of this Motion, Proposed Intervenors respectfully refer the Court to their Memorandum of Law, which accompanies this Motion.

| | |
|---|---|
| Dated: June 10, 2020 | Respectfully submitted, |
| | */s/ Eli Freedberg* |
| | Eli Freedberg (Bar No. 4175816) |
| | 900 Third Avenue |
| | New York, NY 10022-3298 |
| | Telephone: (212) 583-9600 |
| | Facsimile: (212) 832-2719 |
| | efreedberg@littler.com |
| | |
| | Maurice Baskin (pro hac vice movant) |
| | LITTLER MENDELSON, P.C. |
| | 815 Connecticut Ave., NW, Ste. 400 |
| | Washington, D.C., 2006 |
| | Telephone: (202) 842-3400 |
| | Facsimile: (202) 842-0011 |
| | mbaskin@littler.com |
| | |
| | *Counsel for all Proposed Intervenors* |
| | |
| | Steven P. Lehotsky (pro hac vice movant) |
| | U.S. CHAMBER LITIGATION CENTER |
| | 1615 H Street, NW |
| | Washington, DC 20062 |
| | (202) 463-5337 |
| | (202) 463-5346 (fax) |
| | slehotsky@uschamber.com |
| | |
| | *Counsel for Chamber of Commerce of the United States of America* |